Commonwealth *v.* James J. Cochran Post No. 251 of the V. F. W. of U. S. et al., Appellants.

Argued June 30, 1944. Before MAXEY, C. J., DREW, LINN, STERN, PATTERSON, STEARNE and HUGHES, JJ.

112

114

118

*A. Evans Kephart,* for appellants.

*John A. Boyle,* First Assistant District Attorney, with him *Americo V. Cortese,* Assistant District Attorney, and *John H. Maurer,* District Attorney, for appellee.

PER CURIAM, July 1, 1944:
Now, July 1, 1944, the order of the court below is affirmed on the opinion of Judge ALESSANDRONI, appellants to pay the costs.